1
2
3
4    **UNITED STATES DISTRICT COURT**
5    **DISTRICT OF NEVADA**
6
7    DENNIS J. HUELBIG, JR., et al.                )
                                                   )
8                         Plaintiff,               )        Case No.  2:17-cv-02669-RFB-CWH
                                                   )
9    vs.                                           )        **ORDER**
                                                   )
10   ANNETTE L. PRATTE,                            )
                                                   )
11                       Defendant.                )
     _____)
12

13          Presently before the Court is pro se Plaintiffs Dennis J. Huelbig, Jr. And Andrina L. Perry's

14   application for leave to proceed *in forma pauperis* (ECF No. 1), filed on October 16, 2017.

15          Upon review, Plaintiffs' application is incomplete.  Plaintiffs have failed to provide

16   complete information for items #5 and #7.  Plaintiffs may not proceed *in forma pauperis* without

17   filing a complete application.  The court will retain Plaintiffs' complaint (ECF No. 1), but will not

18   file it until the matter of the payment of the filing fee is resolved.  Plaintiffs will be granted an

19   opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full

20   filing fee for this action.

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiffs a copy of the approved form application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that within thirty days from the date of this order, Plaintiffs must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for a civil action (which includes the $350 filing fee and the $50 administrative fee). Plaintiffs are advised that failure to comply with this order may result in a recommendation that his case be dismissed.

IT IS FURTHER ORDERED that the Clerk of the Court must retain the complaint (ECF No. 1-1), but must not file it at this time.

DATED: October 20, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2